# EXHIBIT B

**PORTUS v. Lenovo (United States) Inc.**
**Infringement Chart for U.S. Patent No. 8,914,526**

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Lenovo provides smart display deployed within a home (user premises) and connected to Google Home services for remote monitoring/control of smart-home devices. for remote access of user premises networks located in respective user premises, <br><br> **From Pocket to PC to Home: Lenovo's CES 2018 Lineup Makes Reality Better** <br><br> Devices reshape future with AI/AR/VR, intelligent technologies and powerful partnerships LAS VEGAS – January 9, 2018 – Today, at CES <br><br> **Start and End Your Day Smarter with Lenovo Smart Display** <br><br> Lenovo Smart Display with the Google Assistant built-in makes using technology at home more convenient, intuitive and shared. Make it the command hub for your connected smart home devices, from lighting to heating and more – controlled with your voice or touch. And use Google Assistant to show you directions on Google Maps™, watch YouTube videos, video call your friends with Google Duo™, listen to music and more. The Lenovo Smart Display comes in 8-inch or 10-inch screen models and is powered by the Qualcomm® Home Hub Platform. <br><br> Source: https://news.lenovo.com/pressroom/press-releases/from-pocket-to-pc-to-home-lenovos-ces-2018-lineup-makes-reality-better/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | The smarter way to run your smart home<br><br>Managing your smart home couldn't be easier. With Lenovo Smart Display, you can use your voice to control over 30,000 household products. From switching on air purifiers and coffee makers to dimming the lights and checking in on the kids, everything's just a request away.<br><br>Source: https://www.lenovo.com/us/en/smart-display/ |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | The system includes a first network (Google Home cloud services network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Google Home cloud services to manage accounts, device registration, device state synchronization, and remote access); and including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Google Home (e.g., via home.google.com) |

| U.S. Patent No. 8,914,526 | **<u>Infringing System</u>** |
| --- | --- |
| | <br><br>Source: https://www.lenovo.com/us/en/smart-display/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | ## Key Takeaways<br><br>- Logging into the Google Home App: Open the app on your device and enter your Google account credentials. If using two-step verification, remember to input the verification code.<br><br>- Open the app on your device and enter your Google account credentials.<br><br>- If using two-step verification, remember to input the verification code.<br><br>- Creating a Google Account: Visit the Google Account creation page and fill in the required details. Verify your phone number and agree to the terms and conditions.<br><br>- Visit the Google Account creation page and fill in the required details.<br><br>- Verify your phone number and agree to the terms and conditions.<br><br>- Navigating the Google Home App: Access Home Control to manage smart devices and set up routines. Utilize Media Control to play music, videos, or podcasts on compatible devices. Customize settings and preferences tailored to your needs.<br><br>- Access Home Control to manage smart devices and set up routines.<br><br>Source: https://smarthomeace.com/how-do-i-log-into-google-home-app/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements ( the smart display deployed in users' homes), the nest Hub deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access (access your smart devices). Each smart display is part of the user premises network and participates in network access under local control and Google cloud coordination.<br><br>## The smarter way to run your smart home<br><br>Managing your smart home couldn't be easier. With Lenovo Smart Display, you can use your voice to control over 30,000 household products. From switching on air purifiers and coffee makers to dimming the lights and checking in on the kids, everything's just a request away.<br><br>Source: https://www.lenovo.com/us/en/smart-display/ |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Google cloud services (Google home backend) )is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Google home  to Access Home Control to manage smart devices and set up routines |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| | - Open the app on your device and enter your Google account credentials.<br><br>- If using two-step verification, remember to input the verification code.<br><br>- Creating a Google Account: Visit the Google Account creation page and fill in the required details. Verify your phone number and agree to the terms and conditions.<br><br>- Visit the Google Account creation page and fill in the required details.<br><br>- Verify your phone number and agree to the terms and conditions.<br><br>- Navigating the Google Home App: Access Home Control to manage smart devices and set up routines. Utilize Media Control to play music, videos, or podcasts on compatible devices. Customize settings and preferences tailored to your needs.<br><br>- Access Home Control to manage smart devices and set up routines.<br><br>- Utilize Media Control to play music, videos, or podcasts on compatible devices.<br><br>Source: https://smarthomeace.com/how-do-i-log-into-google-home-app/ |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | Google home (located on the first network) operates as access-browser functionality to locate and retrieve information from Google cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing device such as Nest cam) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| | **Connecting the Lenovo Smart Display to the Internet**<br><br>You'll need to connect your Lenovo Smart Display to the Internet before using it.<br><br>1. Open the Google Home app.<br>2. Tap **Get started** and register your Google account.<br>3. The Google Home app will scan the nearby devices automatically.<br>4. Select the device that you want to connect.<br>5. Follow the on-screen instructions to set up your Lenovo Smart Display.<br><br>• Use the same Wi-Fi network for your Lenovo Smart Display and phone/tablet.<br>• The system may be updated automatically when using it for the first time. Wait several minutes without operating.<br><br>Lenovo Smart Display User Guide<br>Source:<br>https://download.lenovo.com/consumer/mobiles_pub/lenovo_smart_display_ug_en_v1.0_201807.pdf?linkTrack=PSP:ProductInfo:UserGuide |

| U.S. Patent No. 8,914,526 | **<u>Infringing System</u>** |
|---|---|
| | ## Using the Google Home app<br><br>Use the Google Home app to manage your device. Through the app, you can modify your Google Assistant settings including your personal information, your media service preferences, and your connected smart home devices.<br><br>| ❶ | Tap ☰ to view the options menu. |<br>| ❷ | Tap 📷 to view the available devices and connected devices nearby. |<br>| ❸ | Display disconnected and available devices nearby. |<br>| ❹ | Display what the connected device is playing. |<br>| ❺ | Main tabs include the Discover tab the Browse tab. |<br><br>Lenovo Smart Display User Guide<br>Source:<br>https://download.lenovo.com/consumer/mobiles_pub/lenovo_smart_display_ug_en_v1.0_201807.pdf?linkTrack=PSP:ProductInfo:UserGuide |
| [57E] each of the at least the subset of second circuitry | Each of the at least the subset of second circuitry arrangements (smart home devices.) is accessible by the first circuitry arrangement (The Google home) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| arrangements is accessible by the first circuitry arrangement; | <br><br><br><br>**Control your home**<br><br>Use your voice to control your smart home devices, and access them in a single dashboard. Supporting 10,000+ products and 1000+ partners/brands.<br><br>Source: https://news.lenovo.com/wp-content/uploads/2019/09/Lenovo-Smart-Display-7-with-the-Google-Assistant.pdf<br><br>The Lenovo Smart Display connects with over 5,000 smart devices, including security systems and your Nest Cam™. I've been able to ask the Lenovo Smart Display to show me a live feed of my son's room using the Nest Cam IQ™ while being glued to the TV watching France beat Argentina during the World Cup.<br><br>Source:    https://news.lenovo.com/ten-things-you-can-do-on-your-lenovo-smart-display-with-google-assistant-that-you-cant-do-on-smart-speaker/ |
| [57F] responsive to user-input of a URL in | When a user accesses Google home (via UI selections that cause the client to access service URL/URI endpoints), Google cloud services rely on authorization data (Google account login and device registration) to determine which registered device (and |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>**Connecting the Lenovo Smart Display to the Internet**<br>You'll need to connect your Lenovo Smart Display to the Internet before using it.<br>1. Open the Google Home app.<br>2. Tap **Get started** and register your Google account.<br>3. The Google Home app will scan the nearby devices automatically.<br>4. Select the device that you want to connect.<br>5. Follow the on-screen instructions to set up your Lenovo Smart Display.<br>   • Use the same Wi-Fi network for your Lenovo Smart Display and phone/tablet.<br>   • The system may be updated automatically when using it for the first time. Wait several minutes without operating.<br><br>Lenovo Smart Display User Guide<br>Source: https://download.lenovo.com/consumer/mobiles_pub/lenovo_smart_display_ug_en_v1.0_201807.pdf?linkTrack=PSP:ProductInfo:UserGuide |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary | Upon authorized access (e.g., using google home to view device), Google cloud services establish network communications with the specific registered device state/camera to access device state/camera stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect Google cloud and the specific user premises network during the access/control transaction. |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | ## Using the Google Home app<br><br>Use the Google Home app to manage your device. Through the app, you can modify your Google Assistant settings including your personal information, your media service preferences, and your connected smart home devices.<br><br><br><br>**1** Tap ≡ to view the options menu.<br><br>**2** Tap to view the available devices and connected devices nearby.<br><br>**3** Display disconnected and available devices nearby.<br><br>**4** Display what the connected device is playing.<br><br><br><br>**5** Main tabs include the Discover tab the Browse tab.<br><br>Lenovo Smart Display User Guide<br>Source: https://download.lenovo.com/consumer/mobiles_pub/lenovo_smart_display_ug_en_v1.0_201807.pdf?linkTrack=PSP:ProductInfo:UserGuide |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br>The Lenovo Smart Display connects with over 5,000 smart devices, including security systems and your Nest Cam™. I've been able to ask the Lenovo Smart Display to show me a live feed of my son's room using the Nest Cam IQ™ while being glued to the TV watching France beat Argentina during the World Cup.<br><br>Source:    https://news.lenovo.com/ten-things-you-can-do-on-your-lenovo-smart-display-with-google-assistant-that-you-cant-do-on-smart-speaker/ |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Google cloud server), serves to the user access browser( Google home) the information from the second circuitry arrangement of the determined user premises network;<br><br>The Lenovo Smart Display connects with over 5,000 smart devices, including security systems and your Nest Cam™. I've been able to ask the Lenovo Smart Display to show me a live feed of my son's room using the Nest Cam IQ™ while being glued to the TV watching France beat Argentina during the World Cup.<br><br>Source:    https://news.lenovo.com/ten-things-you-can-do-on-your-lenovo-smart-display-with-google-assistant-that-you-cant-do-on-smart-speaker/ |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | ## Using the Google Home app<br><br>Use the Google Home app to manage your device. Through the app, you can modify your Google Assistant settings including your personal information, your media service preferences, and your connected smart home devices.<br><br>**❶** Tap ≡ to view the options menu.<br><br>**❷** Tap 🔲 to view the available devices and connected devices nearby.<br><br>**❸** Display disconnected and available devices nearby.<br><br>**❹** Display what the connected device is playing.<br><br>**❺** Main tabs include the Discover tab the Browse tab.<br><br>Lenovo Smart Display User Guide<br>Source: https://download.lenovo.com/consumer/mobiles_pub/lenovo_smart_display_ug_en_v1.0_201807.pdf?linkTrack=PSP:ProductInfo:UserGuide |
| [57K]the at least one of control and monitoring of the at least one | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | Google home has interface to control and monitor the device, the interface has remote management interface to remote management(turn on light) which means at least one of control and monitoring of the at least one device using the first circuitry arrangement (remote contol and monitor the device) is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>The smarter way to run your smart home<br><br>Managing your smart home couldn't be easier. With Lenovo Smart Display, you can use your voice to control over 30,000 household products. From switching on air purifiers and coffee makers to dimming the lights and checking in on the kids, everything's just a request away.<br><br>Source: https://www.lenovo.com/us/en/smart-display/ |